# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE THE MATTER OF | * | |
| | * | |
| VONNET BOSTIC | * | |
| | * | |
| DEBTOR | * | CASE NO. 16-31266 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MID ATLANTIC FINANCE | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

COMES NOW W. Christopher Waller, Jr., attorney with the law firm of Ball, Ball, Matthews & Novak, P.A., Post Office Box 2148, Montgomery, Alabama 36102-2148, and enters his appearance as counsel for Defendant Mid Atlantic Finance.

Done this 24th day of June 2016.

s/ W. Christopher Waller, Jr.<br>
W. CHRISTOPHER WALLER, JR. (WAL187)<br>
Attorney for Defendant Mid Atlantic Finance

OF COUNSEL:

Ball, Ball, Matthews & Novak, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36104
Telephone: 334-387-7680
Facsimile: 334-387-3222
Email: CWaller@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Richard Shinbaum, Esq.
Shinbaum Law Firm
P.O. Box 201
Montgomery, Alabama 36101

Hon. Curtis C. Reding
Trustee in Chapter 13
One Church Street
Montgomery, Alabama 36104

Honorable Used Auto Sales
2240 Madison Avenue
Montgomery, Alabama 36107

                                            s/ W. Christopher Waller, Jr.
                                            OF COUNSEL