UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE THE MATTER OF | * | |
| VONNET BOSTIC | * | |
| DEBTOR | * | CASE NO. 16-31266 |
| Plaintiff, | * | |
| v. | * | |
| MID ATLANTIC FINANCE | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

COMES NOW Holbrook E. Reid, attorney with the law firm of Ball, Ball, Matthews & Novak, P.A., Post Office Box 2148, Montgomery, Alabama 36102-2148, and enters her appearance as co-counsel for Defendant Mid Atlantic Finance.

Done this 24th day of June 2016.

_____
HOLBROOK E. REID (EMF004)
Attorney for Defendant Mid Atlantic Finance

OF COUNSEL:

Ball, Ball, Matthews & Novak, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36104
Telephone: 334-387-7680
Facsimile: 334-387-3222
Email: bemfinger@ball-ball.com

RECEIVED

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

FILED

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2016, I served the foregoing with the Clerk of the Court and the following were served via United States Mail postage pre-paid and properly addressed to the following:

Richard Shinbaum, Esq.
Shinbaum Law Firm
P.O. Box 201
Montgomery, Alabama 36101

Hon. Curtis C. Reding
Trustee in Chapter 13
One Church Street
Montgomery, Alabama 36104

Honorable Used Auto Sales
2240 Madison Avenue
Montgomery, Alabama 36107

*/s/ Holbrook E Rud*
OF COUNSEL