UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                      Case No. 16-31266-DHW
                                                           Chapter 13
VONNET BOSTIC,

   Debtor.

## ORDER ON MOTION FOR CONTEMPT

Debtor filed a motion (Doc. # 13) for contempt regarding creditors, MidAtlantic Finance and Honorable Used Auto Sales. An Order to Show Cause (Doc. #14) entered and a hearing was held on June 27, 2016. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion for contempt as to MidAtlantic Finance is DENIED. It is further

ORDERED that the motion for contempt is GRANTED as to Honorable Used Auto Sales. The Honorable Used Auto Sales is to return to the vehicle to the debtor no later than 5:00 PM on June 27, 2016. It is further

ORDERED that Honorable Used Auto Sales is required to pay debtor $250 in damages for violations of the automatic stay. Damages are to paid when debtor picks up the vehicle on June 27, 2016.

Done this 27th day of June, 2016.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Curtis C. Reding, Trustee
    Kelsey Scott, Honorable Used Auto Sales
    Honorable Used Auto Sales, Creditor
    MidAtlantic Finance, Creditor
    William C. Waller, Jr., Attorney for MidAtlantic Finance